UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IN THE MATTER OF FORFEITURE OF
COLLATERAL SCHEDULE FOR THE          Case No. 26-mc-25
UNITED STATES COAST GUARD

## ORDER

The United States of America has moved the court to adopt a Forfeiture of Collateral Schedule for the violation of certain statutes and regulations enforced by the United States Coast Guard in the Eastern District of Wisconsin.

Under Federal Rule of Criminal Procedure 58(d), and Criminal Local Rule 58(a) (E.D. Wis.), the court **ORDERS** that persons charged with violating an offense listed in the attached Forfeiture of Collateral Schedule may, in lieu of appearance, post collateral in the amount indicated for the offense and consent to forfeiture of that collateral, or be required to appear as indicated.

The court **ORDERS** that all previously entered orders regarding a Forfeiture of Collateral Schedule for the United States Coast Guard are **VACATED**.

The court **ORDERS** that the attached Forfeiture of Collateral Schedule shall be effective as of 12:01 a.m. on the day following the entry of this order.

Dated in Milwaukee, Wisconsin this 4th day of June, 2026

**BY THE COURT:**

**HON. PAMELA PEPPER**
**Chief United States District Judge**

**EASTERN DISTRICT OF WISCONSIN**
**FORFEITURE OF COLLATERAL SCHEDULE**
**DEPARTMENT OF HOMELAND SECURITY**
**UNITED STATES COAST GUARD**

| OFFENSE | OFFENSE TITLE | MAXIMUM PENALTY | COLLATERAL |
|---|---|---|---|
| 14 U.S.C. § 543 | Interference with aids to navigation | Not more than $1500 | $150.00 |
| 18 U.S.C. § 111(a)(1) | Simple Assault on Federal Officer | Not more than 1 year/$100,000 | M/A |
| 18 U.S.C. § 113(a)(4) | Assault by striking, beating, or wounding within territorial jurisdiction | Not more than 1 year/$100,000 | M/A |
| 18 U.S.C. § 113(a)(5) | Simple Assault within territorial jurisdiction | Not more than 6 months/$5,000 | $150.00 |
| 18 U.S.C. § 113(a)(5) | Simple Assault Victim within territorial jurisdiction under the Age of 16 | Not more than 1 year/$100,000 | M/A |
| 18 U.S.C. § 641 | Theft $1,000 or less Government Property | Not more than 1 year/$100,000 | M/A |
| 18 U.S.C. § 661 | Theft within maritime territorial jurisdiction $1,000 or less | Not more than 1 year/$100,000 | M/A |
| 18 U.S.C. § 662 | Receiving stolen property $1,000 or less | Not more than 1 year/$100,000 | M/A |
| 18 U.S.C. § 701 | Unlawful possession of Official Identification | Not more than 6 months/$5,000 | $150.00 |
| 18 U.S.C. § 930(a) | Possession of weapon in federal facility | Not more than 1 year/$100,000 | M/A |
| 18 U.S.C. § 1028(b)(6) | Possession of a false U.S. identification | Not more than 1 year/$100,000 | M/A |
| 18 U.S.C. § 1361 | Depredation of government property $1,000 or less | Not more than 1 year/$100,000 | M/A |
| 18 U.S.C. § 1382 | Entry upon military installation for unlawful purpose or after removal or commander's order not to reenter | Not more than 6 months/$5,000 | $150.00 |
| 21 U.S.C. § 844(a) | Simple Possession of Controlled Substance (First Offense) | Not more than 1 year/$100,000 | M/A |
| 46 U.S.C. § 2302(b)(1) | Grossly negligent operation of a vessel | Not more than 1 year/$100,000 | M/A |
| 46 U.S.C. § 2302(c) | Boating Under the Influence of alcohol or a dangerous drug | Not more than 1 year/$100,000 | M/A |

| | | | |
|---|---|---|---|
| 46 U.S.C. § 4311 | Willful violation of 46 U.S.C. Chapter 43 or regulations prescribed under this chapter | Not more than 1 year/$5,000 | M/A |
| 33 C.F.R. § 177.05(a) | Willful failure to correct especially hazardous condition immediately as directed by a Coast Guard Boarding Officer | Not more than 1 year/$5,000 | M/A |
| 33 C.F.R. § 177.05(b) | Willful failure to proceed to a mooring, dock, or anchorage as directed by a Coast Guard Boarding Officer | Not more than 1 year/$5,000 | M/A |
| 33 C.F.R. § 177.05(c) | Willful failure to suspend further use of a boat until especially hazardous condition is corrected | Not more than 1 year/$5,000 | M/A |
| 46 U.S.C. § 4507 | Willful violation of 46 U.S.C. Chapter 45 or regulations prescribed under this chapter | Not more than 1 year/$5,000 | M/A |
| 46 C.F.R 28.65 | Willful failure to return vessel to mooring and remain there until situation creating especially hazardous condition is corrected or until other specific action is taken | Not more than 1 year/$5,000 | M/A |
| 33 U.S.C. § 1319(c)(1) 33 U.S.C. § 1321(b)(3) | Discharge of oil or hazardous substance into or upon the navigable waters of the U.S. adjoining shorelines or into or upon waters of the contiguous zone | Not more than 1 year/not less than $2,500 nor more than $25,000 per day | M/A |
| 33 C.F.R. § 70.05 | Collision with or Damage to Aids to Navigation | Not more than 1 year and not less than 30 days/no more than $25,000 per day | M/A |
| 14 U.S.C. § 544 33 C.F.R. § 118.10 | Interference or obstruction prohibited (related to bridge lighting and other signals) | Not more than 30 days/no more than $1500 per day | $150.00 |

2